# Court of Appeals
# of the State of Georgia

ATLANTA,  November 14, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0495. ODELL M. STRINGER v. THE STATE.**

This appeal was docketed in this Court on October 10, 2024, and the initial brief of Appellant was due on October 30, 2024. Appellant filed a motion for extension of time, which was granted, and the time for filing the initial brief was extended until November 11, 2024. To date, however, Appellant has not filed his appellate brief in this case. Therefore, due to Appellant's failure to timely file a brief and enumeration of errors, this appeal is hereby DISMISSED. See Court of Appeals Rule 16 (b) and Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/14/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*